IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00213-RPM-BNB

DEUTSCHE BANK NATIONAL TRUST COMPANY, as
Trustee for Morgan Stanley IXIS Real Estate Capital Trust 2006-2,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF TREASURY;
DAVID J. STANLEY;
JUDY J. MATTIE,

    Defendants.

___

**ORDER GRANTING "STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED STATES DEPARTMENT OF TREASURY" AND "STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DAVID J. STANLEY AND JUDY J. MATTIE"**

___

THE COURT having reviewed the parties' "Stipulated Motion for Dismissal Without Prejudice of Defendant United States Department of Treasury" [8] and "Stipulation for Dismissal Without Prejudice of Defendants David J. Stanley and Judy J. Mattie" [7], it is

IT IS ORDERED that this case is hereby dismissed without prejudice, each party to pay their own costs and attorney fees.

DATED this 23rd day of February, 2010.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge